Case: 1:21-cv-00790-DRC Doc #: 6 Filed: 02/24/22 Page: 2 of 2 PAGEID #: 15

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-790

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cetus Corporation

was received by me on *(date)* 3-29-22

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* Jabir Shahani
Cetus Corporation on *(date)* 3-30-22 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3-30-22

*Server's signature*

Charles D. Sheffer
*Printed name and title*

Shenandoah Civil Service
814 Hillcrest Drive
Staunton, VA 24401
*Server's address*

Additional information regarding attempted service, etc: